Opinion issued July 20, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00577-CV

———————————

IN re occidental chemical corp., Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator,
Occidental Chemical Corp., has filed a petition for writ of mandamus,
challenging the trial court’s June 2, 2011 temporary injunction.[1]  

We deny the petition for
writ of mandamus.  We also deny
any pending motions as moot.

PER CURIAM

Panel
consists of Justices Jennings, Higley, and Massengale.

 











[1]
          The underlying case is Occidental Chemical Corp. v. ETC NGL
Transport, LLC, No. 2011-30775, in the 189th District Court of Harris
County, Texas, the Honorable Bill Burke presiding.